UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELIZABETH W. WILSON**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**MOM'S ORGANIC HOLDING CO. d/b/a MOM'S ORGANIC MARKET, and MOM'S ORGANIC MARKET, INC.,**<br><br>*Defendants*. | CIVIL ACTION NO: 2:23-cv-01073-GAM<br><br>CLASS ACTION |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER:
PRELIMINARY APPROVING CLASS ACTION SETTLEMENT;
CERTIFYING THE PROPOSED SETTLEMENT CLASS;
APPOINTING CLASS COUNSEL; APPROVING THE FORM AND MANNER OF
CLASS NOTICE; AND SCHEDULING A FINAL SETTLEMENT HEARING**

Named Plaintiff Elizabeth W. Wilson ("Plaintiff"), individually and on behalf of all others similarly situated, moves this Court pursuant to Federal Rules of Civil Procedure 23, for an Order to: (i) preliminarily approve the proposed Settlement[1]; (ii) certify the proposed Class for settlement purposes; (iii) establish a plan for providing notice of the Settlement to Settlement Class Members; (iv) appoint Class Counsel; and (v) set a hearing for consideration of final approval of the Settlement

With this motion, Plaintiff submits copies of the fully executed Settlement Agreement. The following Exhibits are appended to the Settlement Agreement:

- Exhibit A, proposed Plan of Allocation
- Exhibit B, proposed Order Granting Preliminary Approval
- Exhibit C, proposed Notice of Settlement to Settlement Class Members and Exhibit 1 to the Proposed Notice of Settlement, Claim Form
- Exhibit D, Notice pursuant to the Class Action Fairness Act
- Exhibit E, proposed Final Approval Order

As reflected in the Settlement Agreement, the Parties want to compromise and settle all issues and claims relating to the allegations made in this action on behalf of all members of the proposed Settlement Class. The Parties' Settlement Agreement and proposed plan of allocation will fairly compensate Settlement Class Members in proportion to the relative losses resulting from Defendants' alleged failure to send COBRA Notices as described in the Complaint in this Action, and taking into account Defendants' proffered defenses.

WHEREFORE, Plaintiff respectfully requests that the Court grant its Unopposed Motion and

---

[1] All capitalized terms used herein shall have the meaning ascribed to them in the Class Action Settlement Agreement And Release dated May 6, 2024 (the "Settlement Agreement") entered between Plaintiff and Defendants.

enter the proposed Order.

Dated: May 6, 2024                    Respectfully submitted,

                                              EDELSON LECHTZIN LLP

                                              /s/ Eric Lechtzin
                                              Eric Lechtzin (PA I.D. 62096)
                                              Marc H. Edelson (PA I.D. 51834)
                                              411 N. State Street
                                              Suite N-300
                                              Newtown, PA 18940
                                              Main: 215-867-2399
                                              Fax: 267-685-0676
                                              elechtzin@edelson-law.com
                                              medelson@edelson-law.com

                                              *Attorneys for Plaintiff and the Class*

## CERTIFICATE OF CONFERENCE

Prior to filing this Motion, I conferred with Defendants' counsel, who confirmed that Defendants are unopposed to the relief sought herein.

/s/ Eric Lechtzin
Eric Lechtzin
