UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELIZABETH W. WILSON**, individually and on behalf of all others similarly situated, *Plaintiff*, v. **MOM'S ORGANIC HOLDING CO. d/b/a MOM'S ORGANIC MARKET,** and **MOM'S ORGANIC MARKET, INC.,** *Defendants*. | CIVIL ACTION NO: 2:23-cv-01073-GAM CLASS ACTION |

**PLAINTIFF'S MOTION FINALLY APPROVING CLASS ACTION SETTLEMENT; CERTIFYING THE PROPOSED SETTLEMENT CLASS AND APPOINTING CLASS COUNSEL; AND APPROVING THE PLAN OF ALLOCATION**

Named Plaintiff Elizabeth W. Wilson ("Plaintiff"), individually and on behalf of the Class, moves this Court pursuant to Federal Rules of Civil Procedure 23, for an Order: (i) granting final approval of the maintenance of this Action as a class action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure; (ii) appointing Named Plaintiff Elizabeth W. Wilson as Class Representative for the Settlement Class and Edelson Lechtzin LLP, as Class Counsel for the Settlement Class pursuant to Fed. R. Civ. P. 23(g); (iii) finding that the Settlement Class has received proper and adequate notice of the Settlement, the Fairness Hearing, Class Counsel's application for attorneys' fees and reimbursement of litigation costs and for a general release payment to the Named Plaintiff, and the right of Class Members to be excluded from the Settlement; (iv) finding that the Settlement embodied in the Settlement Agreement is fair, reasonable and adequate, and more particularly finding that each of the *Girsh* factors are satisfied; and (v) finding that the Plan of Allocation is fair, reasonable, and adequate and granting final approval of the same.

In support of this Motion, Plaintiff relies upon the supplemental Declarations of Class Counsel and the Settlement Administrator and exhibits thereto, the accompanying Memorandum of Law, and all of the pleadings and documents on file with the Court in this action, and further evidence and argument as may be submitted prior to the Court's decision on this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant its Motion and enter the proposed Order.

Dated: September 26, 2024  Respectfully submitted,

EDELSON LECHTZIN LLP

/s/ Eric Lechtzin
Eric Lechtzin (PA I.D. 62096)
Marc H. Edelson (PA I.D. 51834)
411 N. State Street
Suite N-300
Newtown, PA 18940
Main: 215-867-2399
Fax: 267-685-0676
elechtzin@edelson-law.com
medelson@edelson-law.com

*Attorneys for Plaintiff and the Class*

**CERTIFICATE OF CONFERENCE**

Prior to filing this Motion, I conferred with Defendants' counsel, who confirmed that Defendants are unopposed with respect to the relief sought herein.

/s/ Eric Lechtzin
Eric Lechtzin