# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ELIZABETH W. WILSON**, individually and on behalf of all others similarly situated,

    *Plaintiff*,

v.

**MOM'S ORGANIC HOLDING CO. d/b/a MOM'S ORGANIC MARKET,** and **MOM'S ORGANIC MARKET, INC.**,

    *Defendants*.

CIVIL ACTION NO. 2:23-cv-01073-GAM

## ORDER FOR ATTORNEYS' FEES, LITIGATION EXPENSES AND APPROVAL OF A GENERAL RELEASE PAYMENT

This Action came before this Court for a final fairness hearing, held on October 8, 2024, on a proposed Settlement (the "Settlement") of this class action (the "Action") preliminarily certified for settlement purposes, and the issues having been duly heard and a decision having been duly rendered, it is hereby **ORDERED** as follows:

1. The litigation expenses incurred by Class Counsel in the course of prosecuting this action are reasonable. Accordingly, Class Counsel is awarded expenses in the amount of $627, to be paid from the Gross Settlement. The attorney's fees sought by Class Counsel in the amount of twenty-five percent (25 %) of the estimated Net Settlement Proceeds established in this Action are reasonable Accordingly, Class Counsel is awarded attorneys' fees in the amount of twenty-five percent (25%) of the estimated Net Settlement Proceeds established in this Action, specifically $78,881.31.

2. The Court approves a general release payment of $2,500.00 to the Named Plaintiff.

SO ORDERED this 9th day of October, 2024.

        /s/ Gerald Austin McHugh
United States District Judge